UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOE HAND PROMOTIONS, INC., as
Broadcast Licensee of the April 7, 2001
Hamed/Barrera, Program,

          Plaintiff,

- against -

"JOHN DOE" and Cono Sur Sport
& Social Club, Inc., d/b/a Rioplatense,

          Defendants.
-----------------------------------------------------------x

ORDER

02 CV 5538 (NG)(SMG)

**GERSHON, United States District Judge:**

The unopposed Report and Recommendation of Magistrate Judge Steven M. Gold, dated April 25, 2005, is hereby adopted in its entirety. The Clerk of Court is directed to enter a default judgment against defendant Cono Sur Sport & Social Club, Inc. in the total amount of $11,502.50, representing (1) $11,200 in statutory damages and (2) $302.50 in costs.

                            SO ORDERED.

                            /s/
                            NINA GERSHON
                            United States District Judge

Dated: Brooklyn, New York
       May 13, 2005